824 A.2d 154

IN THE MATTER OF JAMES W. TREFFINGER
AN ATTORNEY AT LAW.

June 5, 2003.

## ORDER

**JAMES W. TREFFINGER** of **VERONA,** who was admitted to the bar of this State in 1977, having pleaded guilty in the United States District Court for the District of New Jersey to Counts 7 and 14 of an indictment, charging him with conspiracy to corruptly persuade and mislead others, in violation of 18 *U.S.C.A.* 371, and wire fraud, in violation of 18 *U.S.C.A.* 1343, 1346 and 2, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **JAMES W. TREFFINGER** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **JAMES W. TREFFINGER** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JAMES W. TREFFINGER** comply with *Rule* 1:20–20 dealing with suspended attorneys.